IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
OCT 3 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.

NAJAIR Q. SMITH

Case No. 2:24mj159

Corrected Court Date: October 23, 2024

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)- Violation Notice E2102455

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 3, 2024, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, NAJAIR Q. SMITH, did forcibly and unlawfully assault, resist, oppose, impede, intimidate, and interfere with employees of the United States Government, MA1 A.R., MA1 D.D., MA2 R.H., MA1 J.L. and MASR C.N., engaged in the performance of their official duties.

(In violation of Title 18, United States Code, Section 111 (a)(1)).

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov


___3 Oct 2024_____
Date